UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND Celebrex MARKET SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>*This document relates to:*<br>**ROY THOMAS SELLERS**<br>    Plaintiff,<br><br>v.<br><br>**PFIZER INC.**<br>    **Defendant.** | MDL NO. 1699<br><br>STIPULATION AND ORDER<br>OF DISMISSAL<br>WITH PREJUDICE<br><br><br><br><br><br>Case No. 3:06-cv-07520-CRB |

It is hereby STIPULATED by and between all parties, through the respective counsel and pursuant to the Federal Rules of Civil Procedure 41(a)(1), that the claims of Plaintiff Roy Thomas Sellers in this action are dismissed with prejudice. Court costs are to be paid by party incurring same.

DATED: March 23, 2009

By _____
John David Hart
State Bar No. 09147700
Law Offices of John David Hart
201 Main Street, Suite 1720
Fort Worth, TX 76102
817/870-2102
817/332-5858 (Fax)
johnhart@hartlaw.com

**ATTORNEY FOR PLAINTIFF**

DATED:     9/14/2009                    By    /s/ John Dougherty
                                              John Dougherty
                                              DLA Piper LLP (US)
                                              6225 Smith Avenue
                                              Baltimore, MD 21209
                                              410-580-3000
                                              410-580-3001 (Fax)

                                              ATTORNEY FOR DEFENDANT

PURSUANT TO THE TERMS SET FORTH IN PARTIES' STIPULATION, IT IS SO ORDERED.

Dates:     Sept. 16, 2009

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*